IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Rodney Xavier Gilliam, | ) | Case No. 6:25-cv-04150-DCC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dir. Alvin S. Glenn Detention Center, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the Court on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings and a Report and Recommendation ("Report").  On June 26, 2025, the Magistrate Judge issued a Report recommending that the petition be dismissed.  ECF No. 12.  The Magistrate Judge advised Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences for failing to do so.  Petitioner has not filed objections to the Report and the time to do so has lapsed.[1]

_____

[1] The Court notes that Petitioner filed a letter on August 6, 2025, stating that he did not have access to his paperwork and that he had just received the Report and was working on a response.  ECF No. 16.  He requested that the Court "resend the package." *Id.*  The next day, the Court directed that the Report be remailed to Petitioner and reset the deadline to file objections to August 21, 2025.  ECF No. 17.  To date, no objections have been received.

## APPLICABLE LAW AND ANALYSIS

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

As noted above, Petitioner did not file objections to the Report. Upon review for clear error, the Court agrees with the recommendation of the Magistrate Judge. The petition is **DISMISSED** without prejudice, without leave to amend, and without requiring Respondent to file a return.

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

October 9, 2025
Spartanburg, South Carolina

2